# EXHIBIT A

# BELL COUNTY




## APPROVED BUDGET
## 2026-2027

# Bell County FY2026-2027

## Schedule of Proposed Changes in Salaries and Allowances for Elected Officials

In accordance with Article 152.013 Local Government Code, the Commissioners' Court of Bell County herby notifies the public that at their regular meeting Monday, August 24, 2026 at 9:00 a.m. the following proposed amount of annual salaries, expenses and allowances of elected county and precinct officials will be presented during a budget hearing for the fiscal year 2026-2027:

| | FY2025-2026 | | | FY2026-2027 | | | FY2026-2027 Change | | |
|---|---|---|---|---|---|---|---|---|---|
| **Title** | **County** | **State** | **Total** | **County** | **State** | **Total** | **County** | **State** | **Total** |
| 264th DISTRICT JUDGE (1)(7)(8) | 25,000 | 195,417 | 220,417 | 25,000 | 210,000 | 235,000 | - | 14,583 | 14,583 |
| COURT at LAW JUDGE #2 (4)(7) | 129,000 | 105,000 | 234,000 | 129,000 | 105,000 | 234,000 | - | - | - |
| 426th DISTRICT JUDGE (1)(2)(7) | 25,000 | 201,250 | 226,250 | 25,000 | 201,250 | 226,250 | - | - | - |
| 169th DISTRICT JUDGE (1)(7) | 25,000 | 192,500 | 217,500 | 25,000 | 192,500 | 217,500 | - | - | - |
| 478th DISTRICT JUDGE (1)(7)(8) | 25,000 | 175,000 | 200,000 | 25,000 | 192,500 | 217,500 | - | 17,500 | 17,500 |
| COURT at LAW JUDGE #1 (4)(7)(8) | 94,000 | 105,000 | 199,000 | 107,125 | 105,000 | 212,125 | 13,125 | - | 13,125 |
| COURT at LAW JUDGE #3 (4)(7)(9) | 129,000 | 105,000 | 234,000 | 102,750 | 105,000 | 207,750 | (26,250) | - | (26,250) |
| COUNTY ATTORNEY (5) | 96,213 | 105,000 | 201,213 | 98,137 | 105,000 | 203,137 | 1,924 | - | 1,924 |
| 27th DISTRICT JUDGE (1)(7) | 25,000 | 175,000 | 200,000 | 25,000 | 175,000 | 200,000 | - | - | - |
| 146th DISTRICT JUDGE (1)(7) | 25,000 | 175,000 | 200,000 | 25,000 | 175,000 | 200,000 | - | - | - |
| DISTRICT ATTORNEY (3)(7) | 25,000 | 175,000 | 200,000 | 25,000 | 175,000 | 200,000 | - | - | - |
| COUNTY JUDGE (6) | 150,398 | 34,650 | 185,048 | 153,297 | 34,650 | 187,947 | 2,899 | - | 2,899 |
| COUNTY SHERIFF | 141,700 | - | 141,700 | 144,534 | - | 144,534 | 2,834 | - | 2,834 |
| COUNTY CLERK | 114,928 | - | 114,928 | 117,227 | - | 117,227 | 2,299 | - | 2,299 |
| DISTRICT CLERK | 114,928 | - | 114,928 | 117,227 | - | 117,227 | 2,299 | - | 2,299 |
| TAX ASSESSOR/COLLECTOR | 114,928 | - | 114,928 | 117,227 | - | 117,227 | 2,299 | - | 2,299 |
| COMMISSIONER, Pct. #1 | 104,928 | - | 104,928 | 107,027 | - | 107,027 | 2,099 | - | 2,099 |
| COMMISSIONER, Pct. #2 | 104,928 | - | 104,928 | 107,027 | - | 107,027 | 2,099 | - | 2,099 |
| COMMISSIONER, Pct. #3 | 104,928 | - | 104,928 | 107,027 | - | 107,027 | 2,099 | - | 2,099 |
| COMMISSIONER, Pct. #4 | 104,928 | - | 104,928 | 107,027 | - | 107,027 | 2,099 | - | 2,099 |
| J.P. Pct. #1 (11)(12) | 90,000 | - | 90,000 | 101,600 | - | 101,600 | 11,600 | - | 11,600 |
| J.P. Pct. #2 (11)(12) | 100,000 | - | 100,000 | 101,600 | - | 101,600 | 1,600 | - | 1,600 |
| J.P. Pct. #3, Pl. 1 (11)(12) | 100,000 | - | 100,000 | 101,600 | - | 101,600 | 1,600 | - | 1,600 |
| J.P. Pct. #3, Pl. 2 (11)(12) | 100,000 | - | 100,000 | 101,600 | - | 101,600 | 1,600 | - | 1,600 |
| J.P. Pct. #4, Pl. 1 (11)(12) | 100,000 | - | 100,000 | 101,600 | - | 101,600 | 1,600 | - | 1,600 |
| J.P. Pct. #4, Pl. 2 (11)(12) | 100,000 | - | 100,000 | 101,600 | - | 101,600 | 1,600 | - | 1,600 |
| CONSTABLE Pct. #1 | 88,504 | - | 88,504 | 90,274 | - | 90,274 | 1,770 | - | 1,770 |
| CONSTABLE Pct. #2 | 88,504 | - | 88,504 | 90,274 | - | 90,274 | 1,770 | - | 1,770 |
| CONSTABLE Pct. #3 | 88,504 | - | 88,504 | 90,274 | - | 90,274 | 1,770 | - | 1,770 |
| CONSTABLE Pct. #4 | 88,504 | - | 88,504 | 90,274 | - | 90,274 | 1,770 | - | 1,770 |
| COUNTY TREASURER (10) | 114,928 | - | 114,928 | 40,580 | - | 40,580 | (74,348) | - | (74,348) |

(1) District Court Judges receive $25,000 per year from the County per Govt Code 659.012 and 32.001. The remainder of the salary is paid directly from the State of Texas.

(2) The Administrative District Court Judge receives an annual supplement of $8,750.

(3) District Attorney receives $25,000 per year from the County per Govt Code 46.003. The remainder of the salary is paid directly from the State of Texas.

(4) County Court at Law Judge's salary includes State provided funds of $105,000 in accordance with Govt Code 25.0015.

(5) The County Attorney's salary includes State provided funds of $105,000 in accordance with Govt Code 46.0031.

(6) The County Judge's salary includes State provided funds of $34,650 as a supplement to the constitutional County Judge for judicial duties.

(7) These salaries are statutorily set.

(8) These Judges will move to a new State salary bracket or complete a full year in a new State salary bracket during FY27, due to tenure as a Judge, which will result in an additional increase.

(9) Incoming Judge starting on 1/1/2027 will be in a different State salary bracket, due to tenure as a Judge, which will result in an additional decrease.

(10) The salary for the County Treasurer will be $0 starting on 1/1/2027 in accordance with LGC 152.052.

(11) The Justice of the Peace salary includes a $10,000 vehicle allowance.

(12) The Justice of the Peace salary includes a $10,000 magistration allowance.